IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CIVIL ACTION |
| | : | |
| EX PARTE APPLICATION OF JUAN MARIA ALTGELT TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | : | |
| | : | No. 20-mc-111 |

## ORDER

**AND NOW**, this **10th** day of **December 2020**, the *Ex Parte* Application of Juan Maria Altgelt for Judicial Assistance Pursuant to 28 U.S.C. § 1782 (ECF No. 1) is **DENIED** without prejudice. If an application is re-filed, Applicant Juan Maria Altgelt must represent upon filing that the filing is directly related to this filing.

This Order is a final order. The Clerk of Court is directed to close this matter.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

1